JAMES DAL BON
CA BAR #157942
DAL BON AND WANG
12 SOUTH FIRST STREET #613
SAN JOSE, CA 95113
TEL (408)292-1040
FAX (408) 292-1045

ATTORNEY FOR PLAINTIFF

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

MODESTO GONZALES PEREZ,        ) Case No: C07 02712
                               )
        Plaintiff,              ) DEMAND FOR JURY TRIAL
                               )
    vs.                        )
                               )
BK PAINTING, BILL WON YI, and DOES 1- )
                               )
10                             )
                               )
        Defendants             )

Plaintiff demands a jury trial.

May 22, 2007

JAMES DAL BON
DAL BON AND WANG
12 South First Street #613
San Jose, CA 95113

COMPLAINT - 10