1  JAMES DAL BON
   CA BAR #157942
   DAL BON AND WANG
2  12 South First Street #613
   San Jose, CA 95113
3  Tel (4080292-1040
   Fax(408)292-1045
4
   ATTORNEY FOR PLAINTIFF
5

6
                    UNITED STATES DISTRICT COURT
7
                             FOR THE
8
                  NORTHERN DISTRICT OF CALIFORNIA
9

10                                    )  Case No: C07-02712 PVT
   MODESTO GONZALES PEREZ             )
11                                    )  1)  CONSENT TO APPREAR BEFORE
            Plaintiff,                )      A MAGISTRATE JUDGE
12                                    )
       vs.                            )
13                                    )
   BILL WON LI DBA BK PAINTING, and   )
14                                    )
   DOES 1-10                          )
15                                    )
            Defendants                )
16                                    )
                                      )
17                                    )
   _____)
18

19
   CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE In
20
   accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby
21
   voluntarily consents to have a United States Magistrate Judge conduct any and all further
22
   proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the
23
   judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.
24

25

                              CONSENT - 1

1  July 16, 2007

2

3  Respectfully Submitted

4

5  _____s/jdb_____

6  James Dal Bon