```
JAMES DAL BON
CA BAR #157942
DAL BON AND WANG
12 South First Street #613
San Jose, CA 95113
Tel (4080292-1040
Fax(408)292-1045
```

ATTORNEY FOR PLAINTIFF

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MODESTO GONZALES PEREZ ) | Case No: C07-02712 PVT |
| ) | |
| Plaintiff, ) | 1) NOTICE OF DISSMISSAL |
| ) | |
| vs. ) | |
| ) | |
| BILL WON LI DBA BK PAINTING, and ) | |
| ) | |
| DOES 1-10 ) | |
| ) | |
| Defendants ) | |

Pursuant to Fed. R. Civ. Pro. 41, plaintiff moves to dismiss his case:

1.  Plaintiff filed a complaint on May 22, 2007 for alleged wage and hour violations.

2)  The Defendants have not made an appearance in this case.

3)  After further consideration Plaintiff respectfully requests that his case be dismissed without prejudice.

DISMISSAL - 1

Dated:

Dal Bon & Wang

_____s/jdb_____
James Dal Bon
Attorney for Plaintiff

Dated

IT IS SO ORDERED

_____
Honorable Magistrate Judge
Patricia Trumbull